IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

GILBRINA MILLER,

    Plaintiff,

v.                                                    C.A. No.:    1:21-cv-299-RP

CONDUENT COMMERCIAL SOLUTIONS, LLC,

    Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, GILBRINA MILLER, files this Notice of Dismissal with Prejudice, dismissing with prejudice all claims and causes of action asserted in the above-referenced lawsuit.

DATED this June 28, 2021.

                                                   */s/ Charles L. Scalise*
                                                   **CHARLES L. SCALISE**
                                                   Texas Bar No. 24064621
                                                   ROSS • SCALISE LAW GROUP
                                                   1104 San Antonio Street
                                                   Austin, Texas 78701
                                                   Telephone: 512-474-7677
                                                   Fax:   512-474-5306
                                                   Email: charles@rosslawpc.com
                                                   **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 28, 2021, I filed the foregoing via the Court's CM/ECF electronic filing system, and served a true and correct copy of the foregoing via U.S. Mail, First Class and CMRRR, addressed as follows:

CONDUENT COMMERCIAL SOLUTIONS, LLC
c/o A. Nicole Adler
The Kullman Firm
1600 Energy Centre
1100 Poydras Street New Orleans, LA 70163


*/s/ Charles L. Scalise*
**CHARLES L. SCALISE**