IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GILBRINA MILLER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:21-cv-299-RP |
| CONDUENT COMMERCIAL SOLUTIONS, LLC, | § § § | |
| Defendant. | § § | |

## ORDER

On June 28, 2021, Plaintiff Gilbrina Miller ("Plaintiff") filed her Notice of Voluntary Dismissal. (Dkt. 3). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant Conduent Commercial Solutions, LLC has not served an answer or motion for summary judgment. As such, Plaintiff's notice of voluntary dismissal is "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

**IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on June 29, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE